IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>       v.<br><br>SONY CORPORATION OF AMERICA,<br><br>   Defendant. | Case No. 1:22-cv-00488-LJL<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF RYAN J. SHEEHAN IN SUPPORT OF
DEFENDANT SONY'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS FOR
UNPATENTABLE SUBJECT MATTER UNDER 35 U.S.C. § 101**

I, Ryan J. Sheehan, declare and state as follows:

1. I am an associate at the law firm of Patterson Belknap Webb & Tyler LLP and counsel for Defendant Sony Corporation of America ("Sony") in this matter. I am licensed to practice law in the states of New York and Connecticut, and am admitted to practice in the United States District Court for the Southern District of New York. I have personal knowledge of the facts set forth in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of a printout of search results for patent cases involving U.S. Patent No. 9,300,723, which was obtained from the Docket Navigator website, *available at* https://search.docketnavigator.com/.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout of an Order (Dkt. No. 24) entered August 5, 2021 in Case No. 1:20-cv-00258-RGA (D. Del.), which was obtained from the United States District Court for the District of Delaware Public Access to

Court Electronic Records (PACER) website, *available at* https://ecf.ded.uscourts.gov/cgi-bin/ShowIndex.pl.

      I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 11, 2022                Respectfully submitted,

                                       */s/ Ryan J. Sheehan*
                                       Ryan J. Sheehan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 11, 2022.

                                                      */s/ Lewis V. Popovski*