# EXHIBIT 1



## Cases

Patents: 9300723

70 Results  **VIEW IN BROWSER**

| Case | Case Filing Date ▼ |
|---|---|
| Display Technologies, LLC v. Sony Corporation Of America<br>1-22-cv-00488 (SDNY) | Jan. 19, 2022 |
| Display Technologies, LLC v. Informed Data Systems, Inc.<br>1-22-cv-00441 (SDNY) | Jan. 18, 2022 |
| Display Technologies, LLC v. Etekcity Corporation<br>8-22-cv-00062 (CDCA) | Jan. 12, 2022 |
| Display Technologies, LLC v. Mocacare Corp.<br>5-22-cv-00219 (NDCA) | Jan. 12, 2022 |
| Display Technologies, LLC v. Hill-Rom Holdings, Inc.<br>1-22-cv-00117 (NDIL) | Jan. 07, 2022 |
| Unified Patents, LLC v. Display Technologies, LLC<br>IPR2022-00230 (PTAB) | Jan. 06, 2022 |
| Display Technologies, LLC v. Dariohealth Corp.<br>1-21-cv-11141 (SDNY) | Dec. 29, 2021 |
| Display Technologies, LLC v. Beurer North America, LP<br>0-21-cv-62521 (SDFL) | Dec. 17, 2021 |
| Display Technologies, LLC v. i-SENS USA, Inc.<br>2-21-cv-09614 (CDCA) | Dec. 13, 2021 |
| Display Technologies, LLC v. A&D Medical Company, Limited<br>3-21-cv-09595 (NDCA) | Dec. 13, 2021 |
| Display Technologies, LLC v. BMW of North America, LLC<br>6-21-cv-01214 (WDTX) | Nov. 22, 2021 |
| Display Technologies, LLC v. Nonin Medical, Inc.<br>0-21-cv-02456 (DMN) | Nov. 05, 2021 |
| Display Technologies, LLC v. Arkray USA, Inc<br>0-21-cv-02458 (DMN) | Nov. 05, 2021 |
| Display Technologies, LLC v. Volvo Car USA, LLC<br>6-21-cv-01111 (WDTX) | Oct. 27, 2021 |
| Display Technologies, LLC v. Trividia Health, Inc.<br>0-21-cv-62206 (SDFL) | Oct. 25, 2021 |
| Display Technologies, LLC v. Microlife USA, Inc.<br>8-21-cv-02487 (MDFL) | Oct. 22, 2021 |
| Display Technologies, LLC v. Microlife USA, Inc.<br>0-21-cv-62199 (SDFL) | Oct. 22, 2021 |
| Display Technologies, LLC v. ForaCare, Inc.<br>2-21-cv-07507 (CDCA) | Sep. 20, 2021 |
| Display Technologies, LLC v. Omcron Healthcare, Inc.<br>1-21-cv-04783 (NDIL) | Sep. 09, 2021 |
| Display Technologies, LLC v. Ascensia Diabetes Care US Inc.<br>2-21-cv-16342 (DNJ) | Aug. 31, 2021 |
| Display Technologies, LLC v. Nikon Americas, Inc.<br>2-21-cv-04904 (EDNY) | Aug. 31, 2021 |
| Display Technologies, LLC v. iHealth Labs, Inc.<br>3-21-cv-06454 (NDCA) | Aug. 20, 2021 |
| Display Technologies, LLC v. Greater Goods, LLC<br>4-21-cv-00988 (EDMO) | Aug. 07, 2021 |
| Display Technologies, LLC v. OLYMPUS CORPORATION OF THE AMERICAS<br>5-21-cv-03502 (EDPA) | Aug. 05, 2021 |
| Display Technologies, LLC v. Mercedes-Benz USA, LLC<br>6-21-cv-00766 (WDTX) | Jul. 27, 2021 |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc.<br>1-21-cv-00283 (WDTX) | Mar. 30, 2021 |

4/10/22, 9:43 PM                  Case 1:22-cv-00488-LJL    Document 20-1 Patent 9300723 Filed 04/11/22 Page 3 of 4
                                                                          invented by Rothschild
Patent 9300723 invented by Rothschild                                                                                 🚢 DocketNavigator

| | |
|---|---|
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc.<br>6-21-cv-00313 (WDTX) | Mar. 30, 2021 |
| Display Technologies, LLC v. American Honda Motor Co., Inc.<br>6-21-cv-00304 (WDTX) | Mar. 29, 2021 |
| Display Technologies, LLC v. General Motors, LLC<br>6-21-cv-00240 (WDTX) | Mar. 10, 2021 |
| Display Technologies, LLC v. Harley-Davidson, Inc.<br>6-21-cv-00242 (WDTX) | Mar. 10, 2021 |
| Display Technologies, LLC v. Porsche Cars North America, Inc.<br>6-21-cv-00230 (WDTX) | Mar. 09, 2021 |
| Display Technologies, LLC v. Paedae, Inc.<br>2-20-cv-11287 (CDCA) | Dec. 14, 2020 |
| Display Technologies, LLC v. GoZone WiFi, LLC<br>8-20-cv-02679 (MDFL) | Nov. 13, 2020 |
| Display Technologies, LLC v. Zenreach, Inc.<br>5-20-cv-06621 (NDCA) | Sep. 22, 2020 |
| Display Technologies, LLC v. Cloud4Wi, Inc.<br>1-20-cv-07803 (SDNY) | Sep. 22, 2020 |
| Display Technologies, LLC v. Leantegra, Inc.<br>1-20-cv-07816 (SDNY) | Sep. 22, 2020 |
| Display Technologies, LLC v. Mobstac, Inc.<br>1-20-cv-07817 (SDNY) | Sep. 22, 2020 |
| Display Technologies, LLC v. Namsung America, Inc. d/b/a Dual Electronics Corporation<br>6-20-cv-01405 (MDFL) | Aug. 06, 2020 |
| Display Technologies, LLC v. Audio Partnership LLC<br>8-20-cv-01828 (MDFL) | Aug. 06, 2020 |
| Display Technologies, LLC v. AP Global, Inc.<br>2-20-cv-05041 (CDCA) | Jun. 08, 2020 |
| Display Technologies, LLC v. Clarion Corporation of America<br>8-20-cv-01028 (CDCA) | Jun. 08, 2020 |
| Display Technologies, LLC v. Mazda Motor of America, Inc.<br>8-20-cv-01029 (CDCA) | Jun. 08, 2020 |
| Display Technologies, LLC v. Ava Enterprises, Inc.<br>2-20-cv-03054 (CDCA) | Apr. 01, 2020 |
| Display Technologies, LLC v. Soundstream, Inc.<br>1-20-cv-00334 (DDE) | Mar. 04, 2020 |
| Display Technologies, LLC v. Aston Martin LLC<br>1-20-cv-00258 (DDE) | Feb. 23, 2020 |
| Display Technologies, LLC v. FCA US LLC<br>1-20-cv-00259 (DDE) | Feb. 23, 2020 |
| Display Technologies, LLC v. Ferrari North America, Inc.<br>1-20-cv-00260 (DDE) | Feb. 23, 2020 |
| Display Technologies, LLC v. Jaguar Land Rover North America, LLC<br>1-20-cv-00261 (DDE) | Feb. 23, 2020 |
| Display Technologies, LLC v. Ava Enterprises LLC<br>1-20-cv-00262 (DDE) | Feb. 23, 2020 |
| Display Technologies, LLC v. Alpine Electronics of America, Inc.<br>2-20-cv-10392 (EDMI) | Feb. 14, 2020 |
| Display Technologies, LLC v. Furrion LLC<br>3-19-cv-00699 (NDIN) | Aug. 29, 2019 |
| Display Technologies, LLC v. Inmusic, LLC<br>0-19-cv-61896 (SDFL) | Jul. 26, 2019 |
| Display Technologies, LLC v. Klip Xtreme, LLC<br>0-19-cv-61897 (SDFL) | Jul. 26, 2019 |
| Display Technologies, LLC v. Pyle Pro Audio Corp.<br>1-19-cv-04282 (EDNY) | Jul. 25, 2019 |
| Display Technologies, LLC v. Como Audio, LLC<br>1-18-cv-01390 (DDE) | Sep. 06, 2018 |

| | |
|---|---|
| Display Technologies, LLC v. JVCKenwood USA Corporation<br>2-18-cv-07244 (CDCA) | Aug. 17, 2018 |
| Display Technologies LLC v. Yamaha Corporation of America<br>2-18-cv-00861 (CDCA) | Feb. 02, 2018 |
| Display Technologies, LLC v. Yamaha Corporation of America<br>3-17-cv-03005 (NDTX) | Oct. 31, 2017 |
| Display Technologies, LLC v. Gibson Innovations USA, Inc.<br>1-17-cv-01426 (DDE) | Oct. 11, 2017 |
| Display Technologies, LLC v. Pioneer & Onkyo U.S.A. Corporation<br>1-17-cv-01427 (DDE) | Oct. 11, 2017 |
| Display Technologies, LLC v. HTC America, Inc.<br>2-17-cv-01057 (WDWA) | Jul. 10, 2017 |
| Display Technologies, LLC v. Canon USA, Inc.<br>2-17-cv-00192 (EDTX) | Mar. 13, 2017 |
| Display Technologies, LLC v. Nikon, Inc.<br>2-17-cv-00193 (EDTX) | Mar. 13, 2017 |
| Display Technologies, LLC v. Olympus America Inc.<br>2-17-cv-00194 (EDTX) | Mar. 13, 2017 |
| Display Technologies, LLC v. Panasonic Corporation<br>2-17-cv-00195 (EDTX) | Mar. 13, 2017 |
| Display Technologies, LLC v. Ricoh Americas Corporation<br>2-17-cv-00196 (EDTX) | Mar. 13, 2017 |
| Display Technologies, LLC v. BLU Products, Inc.<br>2-17-cv-00067 (EDTX) | Jan. 23, 2017 |
| Display Technologies, LLC v. ZTE (USA) Inc.<br>2-17-cv-00068 (EDTX) | Jan. 23, 2017 |
| Display Technologies, LLC v. LG Electronics USA, Inc.<br>2-17-cv-00069 (EDTX) | Jan. 23, 2017 |
| Display Technologies, LLC v. HTC America, Inc.<br>2-17-cv-00070 (EDTX) | Jan. 23, 2017 |